TUCKER v. CRAWFORDSVILLE STATE BANK. (Circuit Court of Appeals, Fifth Circuit. January 24, 1917.) No. 2949. In Error to the District Court of the United States for the Southern District of Florida; Rhydon M. Call, Judge. J. C. Davant, of Brooksville, Fla., for plaintiff in error. Peter O. Knight, of Tampa, Fla., for defendant in error. Before PARDEE and WALKER, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. We find none of the assignments of error well taken. The judgment of the District Court is affirmed.

---

UNITED STATES v. FIVE HUNDRED AND TWENTY-SEVEN BIRDS OF PARADISE AND ONE TRUNK. (Circuit Court of Appeals, Fifth Circuit. December 18, 1916.) No. 2961. Appeal from the District Court of the United States for the Southern District of Texas; Waller T. Burns, Judge. John E. Green, Jr., U. S. Atty., of Houston, Tex. Before PARDEE and WALKER, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. The condemnation of the property as forfeited to the United States in this case was correct and proper; but we find that part of the decree and the amendment thereto which ordered a public sale of the goods is not in consonance with the purpose and intent of the law (paragraph 347, Schedule N, Act Oct. 3, 1913, 38 Stat. 148, c. 16), and to that extent the decree should be amended, by striking out and vacating the provisions ordering a sale of the condemned and forfeited goods, and providing in lieu thereof that said condemned goods be delivered to the Secretary of the Treasury of the United States, to be disposed of as he shall direct, and, as so amended, the decree affirmed; and it is so ordered.

---

WHITED et al. v. JOHNSON. (Circuit Court of Appeals, Fifth Circuit. January 24, 1917.) No. 2896. Appeal from the District Court of the United States for the Western District of Louisiana; Aleck Boarman, Judge. W. D. Gordon and Henry G. Russell, both of Beaumont, Tex., for appellants. James W. Parsons, of Mansfield, La., and J. A. Thigpen and S. L. Herold, both of Shreveport, La., for appellee. Before PARDEE and WALKER, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. To reform the contract on the ground of mutual mistake complainant's bill shows no case for equitable relief. To rescind the contract and recover the amounts paid, complainant has an adequate remedy at law. Decree affirmed.

---

WOLLAEGER MFG. CO. v. DALLAS COUNTY. (Circuit Court of Appeals, Fifth Circuit. December 18, 1916.) No. 2930. In Error to the District Court of the United States for the Northern District of Texas; Edward R. Meek, Judge. Robert V. Davidson, of Dallas, Tex., for plaintiff in error. Jed C. Adams and R. L. Stennis, both of Dallas, Tex., for defendant in error. Before PARDEE and WALKER, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. We find none of the assignments of error well taken. Judgment affirmed.